# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENNA BESZHAK,<br><br>    Plaintiff,<br>v.<br><br>CONSUMERS COOPERATIVE CREDIT UNION d/b/a CONSUMERS CREDIT UNION f/k/a PREMIER CREDIT UNION, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.  1:22-cv-00862<br><br>Honorable Ronald A. Guzman |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JENNA BESZHAK, and the Defendant, CONSUMERS COOPERATIVE CREDIT UNION d/b/a CONSUMERS CREDIT UNION f/k/a PREMIER CREDIT UNION, through their respective counsel that the above-captioned action is dismissed, without prejudice, against, CONSUMERS COOPERATIVE CREDIT UNION d/b/a CONSUMERS CREDIT UNION f/k/a PREMIER CREDIT UNION, only, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: March 22, 2022 | Respectfully Submitted, |
| **JENNA BESZHAK** | **CONSUMERS CREDIT UNION** |
| */s/ Nathan C. Volheim*<br>Nathan C. Volheim (#6302103)<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188 | */s/ Michael P. Adams (with consent)*<br>Michael P. Adams<br>*Counsel for Defendant*<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street<br>Chicago, Illinois 60606<br>Phone: (312) 704-3000<br>Fax: (312) 704-3001 |

nvolheim@sulaimanlaw.com                                   madams@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                      */s/ Nathan C. Volheim*
                       Nathan C. Volheim