# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENNA BESZHAK,<br><br>  Plaintiff,<br>v.<br><br>CONSUMERS COOPERATIVE CREDIT UNION d/b/a CONSUMERS CREDIT UNION f/k/a PREMIER CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No.  1:22-cv-00862<br><br>Honorable Ronald A. Guzman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JENNA BESZHAK, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., only, through their respective counsel that the above-captioned action is dismissed, with prejudice, against, EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 13, 2022

**JENNA BESZHAK**

*/s/ Nathan C. Volheim*
Nathan C. Volheim (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

Respectfully Submitted,

**EXPERIAN INFORMATION SOLUTIONS, INC.**

*/s/ Clare E. Fogarty (with consent*)
Clare E. Fogarty
*Counsel for Defendant*
Jones Day
77 West Wacker, Suite 3500
Chicago, Illinois 60601
Phone: (312) 782-3939
Fax: (312) 782-8585
cfogarty@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim